IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**LECARLUS DRUMMOND**                                                                           **PLAINTIFF**

v.                                                                 **CIVIL ACTION NO. 2:20-cv-37-TBM-MTP**

**CAJUN VALVE SERVICES, LLC**                                                         **DEFENDANT**

**ORDER**

This matter is before the Court on Defendant Cajun Valve Services, LLC's) Motion *in Limine* [99] and Motion to Bifurcate Trial [101]. At the hearing conducted in this matter on January 5, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions. The Court concluded that the Motion *in Limine* [99] should be granted in part and denied in part. The Court further concluded that the Motion to Bifurcate Trial [101] should be denied.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on January 5, 2022, Defendant Cajun Valve's Motion *in Limine* [99] is granted in part and denied in part, as follows:

IT IS ORDERED that Defendant Cajun Valve's request to exclude the photographs of the Plaintiff's injuries is DENIED WITHOUT PREJUDICE. Defendant Cajun Valve may raise its objection to the burn photographs again at the Pre-Trial Conference or at the trial.

IT IS ORDERED that Defendant Cajun Valve's request to exclude its revised, June 20, 2020, lockout/tagout procedures is DENIED for the reasons stated on the record.

IT IS ORDERED that Defendant Cajun Valve's request to exclude any reference to Defendant Cajun Valve's liability insurance is GRANTED as unopposed by the Plaintiff.

IT IS ORDERED that Defendant Cajun Valve's request to exclude any reference to Defendant Cajun Valve's unequal wealth and/or financial solvency is GRANTED as unopposed by the Plaintiff. Likewise, Intervenor Georgia-Pacific Monticello, LLC's unequal wealth and/or financial solvency shall not be an issue at trial or be referred to by the parties or witnesses.

IT IS ORDERED that Defendant Cajun Valve's request to exclude any references to punitive damages unless a second phase of trial on punitive damages is warranted is GRANTED as unopposed by the Plaintiff.

IT IS ORDERED that Defendant Cajun Valve's request to exclude any reference to the settlement negotiations by the parties is GRANTED as unopposed by the Plaintiff.

IT IS ORDERED that Defendant Cajun Valve's request to exclude any reference to Defendant Cajun Valve's Motion *in Limine* [99] is GRANTED as unopposed by the Plaintiff.

IT IS FURTHER ORDERED AND ADJUDGED that, for the reasons stated on the record, Defendant Cajun Valve's Motion to Bifurcate Trial [101] is DENIED. The liability and damages portions of the trial shall not be separated.

THIS, the 5th day of January, 2022.

                                              TAYLOR B. McNEEL
                                              UNITED STATES DISTRICT JUDGE