IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**LECARLUS DRUMMOND** **PLAINTIFF**

v. **CIVIL ACTION NO. 2:20-cv-37-TBM-MTP**

**CAJUN VALVE SERVICES, LLC** **DEFENDANT**

### ORDER

This matter came before the Court on the Defendant's Motion [110] in Limine and Plaintiff's Motion [113] in Limine on September 1, 2022. At the hearing conducted in this matter on September 1, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions. The Court concluded that the Defendant's Motion [110] in Limine should be GRANTED and Plaintiff's Motion [113] in Limine should be GRANTED.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on September 1, 2022, the Defendant's Motion [110] in Limine is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on September 1, 2022, the Plaintiff's Motion [113] in Limine is GRANTED.

THIS, the 1st day of September, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE